### 11237.   CUBA *v.* THE STATE.

BLOODWORTH, J. 1. There is no merit in the ground of the motion for a new trial in which it was contended that the defendant's right of cross-examination was unduly restricted by the court.

2. The court did not err in charging the jury on the law as to shooting at another.

3. The evidence authorized the verdict.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
> DECIDED APRIL 14, 1920.

Indictment for assault with intent to murder — conviction of shooting at another; from Fulton superior court. — Judge Humphries. December 6, 1919.

*H. A. Allen,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.